1  Richard G. Campbell, Jr.
   ARMSTRONG TEASDALE LLP
2  50 W. Liberty St., Suite 950
   Reno, NV. 89501
3  (775) 322-7400
4  Nev. Bar #: 1832

5  Boris Feldman
   WILSON SONSINI GOODRICH & ROSATI
6  650 Page Mill Road
   Palo Alto, CA 94304
7  Telephone: (650) 493-9300
8  Facsimile: (650) 493-6811
   Attorneys' for Defendants
9

10

11                    **UNITED STATES DISTRICT COURT**

12                           **DISTRICT OF NEVADA**

13

14  ─────────────────────────────

15  FRANK J. FOSBRE, JR., derivatively on
    behalf of INTERNATIONAL GAME
16  TECHNOLOGY,                                  Civil Action No.: 3:09-CV-00467

17                       Plaintiff,

18  v.

19  THOMAS J. MATTHEWS, PATRICK W.
    CAVANAUGH, DANIEL R. SICILIANO,
20  ROBERT A. BITTMAN, RICHARD R.
    BURT, PATTI S. HART, ROBERT A.
21  MATHEWSON, ROBERT MILLER,
    FREDERICK B. RENTSCHLER, DAVID
22  E. ROBERSON and PHILIP G. SATRE,

23                       Defendants,

24  and

25  INTERNATIONAL GAME
    TECHNOLOGY,
26
                  Nominal Defendant.
27

28

                                    1

| | |
|---|---|
| JEANNE M. CALAMORE, derivatively on behalf of INTERNATIONAL GAME TECHNOLOGY, | : |
| Plaintiff, | : |
| v. | : |
| THOMAS J. MATTHEWS, PATRICK W. CAVANAUGH, DANIEL R. SICILIANO, ROBERT A. BITTMAN, RICHARD R. BURT, PATTI S. HART, ROBERT A. MATHEWSON, ROBERT MILLER, FREDERICK B. RENTSCHLER, DAVID E. ROBERSON and PHILIP G. SATRE, | : |
| Defendants, | : |
| and | |
| INTERNATIONAL GAME TECHNOLOGY, | : |
| Nominal Defendant. | : |

Civil Action No.: 3:09-CV-00489-ECR-VPC

| | |
|---|---|
| SANJAY ISRANI, Derivatively on behalf of Nominal Defendant International Game Technology, | : |
| Plaintiff, | : |
| v. | : |
| ROBERT A. BITTMAN, RICHARD R. BURT, PATTI S. HART, ROBERT A. MATHEWSON, THOMAS J. MATTHEWS, ROBERT MILLER, FREDERICK B. RENTSCHULER, DAVID E. ROBERSON, and PHILIP G. SATRE, | : |
| Defendants, | : |
| and | |
| INTERNATIONAL GAME TECHNOLOGY, | : |
| Nominal Defendant. | : |

Civil Action No.: 3:09-CV-00536

| | |
|---|---|
| IRINA ARONSON, derivatively on behalf of International Game Technology, | : |
| Plaintiff, | : |
| v. | : |
| THOMAS J. MATTHEWS, PATRICK W. CAVANAUGH, DANIEL R. SICILIANO, ROBERT A. BITTMAN, RICHARD R. BURT, ANTHONY CIORCIARI, ROBERT MILLER, FREDERICK B. RENTSCHLER, DAVID ROBERSON, DAVID JOHNSON, RICHARD PENNINGTON, and STEPHEN MORRO, | : |
| Defendants, | : |
| and | : |
| INTERNATIONAL GAME TECHNOLOGY, | : |
| Nominal Defendant. | |

Civil Action No.: 3:09-CV-00542-RCJ-VPC

**STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL AND RELATED MATTERS AND [PROPOSED] ORDER THEREON**

WHEREAS, there are presently four related shareholder derivative actions against certain current and former officers and directors of International Game Technology ("IGT" or the "Company") on file in this Court;

WHEREAS, the four IGT shareholder derivative actions arise out of the same alleged transactions and occurrences and involve the same or substantially similar alleged issues of fact and law, and, therefore, should be consolidated for all purposes;

WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, all of the undersigned counsel, on behalf of parties to this stipulation in the related IGT shareholder derivative actions currently on file in this Court, enter into this stipulation. The counsel are: (1) The Weiser Law Firm, P.C., Law Office of Alfred G. Yates Jr., P.C., and Whitehead & Whitehead on behalf of plaintiff Frank J. Fosbre, Jr.; (2) Harwood Feffer LLP, Law Office of Bruce G. Murphy, and Whitehead & Whitehead on behalf

3

of plaintiff Jeanne M. Calamore; (3) Federman & Sherwood, Law Offices of Marc Henzel, and The Digesti Law Firm LLP on behalf of plaintiff Sanjay Israni; (4) Shalov Stone Bonner & Rocco LLP, Sarraf Gentile LLP, and Law Office of Mark Wray on behalf of plaintiff Irina Aronson; and (5) Wilson Sonsini Goodrich & Rosati on behalf of individual defendants Thomas J. Matthews, Patrick W. Cavanaugh, Daniel R. Siciliano, Robert A. Bittman, Richard R. Burt, Patti S. Hart, Robert A. Mathewson, Robert Miller, Frederick B. Rentschler, David E. Roberson, Anthony Ciorciari, David Johnson, Richard Pennington, Stephen Morro, and Philip G. Satre ("Individual Defendants"), and nominal defendant IGT;

WHEREAS, IGT and the Individual Defendants take no position as to the appointment of (a) The Weiser Law Firm, P.C. and Harwood Feffer LLP as co-lead counsel for plaintiffs; and (b) Whitehead & Whitehead as liaison counsel for plaintiffs;

WHEREAS, the plaintiffs, IGT, and the Individual Defendants agree that it would be duplicative and wasteful of the Court's resources for defendants named in plaintiffs' shareholder derivative actions to have to respond to the individual complaints prior to the agreed-upon consolidation. Therefore, the plaintiffs, IGT, and the Individual Defendants agree that no response is necessary to the individual complaints that have already been filed in this Court until after the actions have been consolidated and a consolidated complaint has been filed.

* * *

Now, therefore, the parties hereto stipulate and the Court ORDERS as follows:

I. **CONSOLIDATION OF THE RELATED SHAREHOLDER DERIVATIVE ACTIONS**

The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Fosbre v. Matthews, et al.,* | 3:09-CV-00467 | August 20, 2009 |
| *Calamore v. Matthews, et al.,* | 3:09-CV-00489-ECR-VPC | August 28, 2009 |
| *Israni v. Bittman, et al.,* | 3:09-CV-00536 | September 15, 2009 |

4

| | | | |
|---|---|---|---|
| 1 | *Aronson v. Matthews, et al.,* | 3:09-CV-00542-RCJ-VPC | September 17, 2009 |

## II. CAPTION OF CASES

Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE INTERNATIONAL GAME TECHNOLOGY DERIVATIVE LITIGATION | ) <br> ) Lead Case No. 3:09-CV-00467 <br> ) <br> ) |
| This Document Relates to: <br><br> ALL ACTIONS | ) <br> ) <br> ) <br> ) |

### III. MASTER DOCKET

The files of these consolidated actions shall be maintained in one file under Master File No. 3:09-CV-00467.

### IV. PLEADINGS AND MOTIONS

Plaintiffs shall file a consolidated complaint ("Consolidated Complaint") no later than 45 days from the date of entry of this Order, unless otherwise agreed between the parties and approved by the Court, which shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated hereunder. Defendants shall have up to 45 days after the filing of the Consolidated Complaint to move, answer or otherwise respond to the Consolidated Complaint. Plaintiffs shall file their opposition to the motion(s) within 30 days after the filing of defendants' motion(s). Defendants shall file any replies to plaintiffs' opposition within 30 days after plaintiffs' filing of the opposition.

### V. ORGANIZATION OF COUNSEL

Co-Lead Counsel for plaintiffs for the conduct of these consolidated actions are:

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
JEFFREY J. CIARLANTO
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile: (610) 225-2678

-and-

HARWOOD FEFFER LLP
MATTHEW M. HOUSTON
488 Madison Avenue
New York, NY 10022
Telephone (212) 935-7400
Facsimile: (212) 753-3630

Each of Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

Each of Co-Lead Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel. Service on one of Co-Lead Counsel shall be sufficient as notice to Plaintiffs in this action.

Liaison counsel for plaintiffs for the conduct of these consolidated actions is:

```
                    WHITEHEAD & WHITEHEAD
                    JONATHAN J. WHITEHEAD
                    6121 Lakeside Drive, Suite 200
                    Reno, Nevada 89511
                    Telephone: (775) 329-3151
                    Facsimile: (775) 823-7709
```

## VI.   NEWLY FILED OR TRANSFERRED ACTIONS

This Order shall apply to each case arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in or transferred to this Court.

When a case which properly belongs as part of the *In re International Game Technology Derivative Litigation,* Lead Case No. 3:09-CV-00467, is hereafter filed in this Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re International Game Technology Derivative Litigation,* Lead Case No. 3:09-CV-00467, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

IT IS SO STIPULATED.

DATED: September 24, 2009          THE WEISER LAW FIRM, P.C.
                                   ROBERT B. WEISER
                                   JEFFREY J. CIARLANTO
                                   121 N. Wayne Avenue, Suite 100
                                   Wayne, PA 19087
                                   Telephone: (610) 225-2677
                                   Facsimile: (610) 225-2678


                                   By:_____/s/_____
                                       ROBERT B. WEISER

                                   [Proposed] Co-Lead Counsel and Counsel for Plaintiff Frank J. Fosbre, Jr.

                                   HARWOOD FEFFER LLP
                                   MATTHEW M. HOUSTON
                                   488 Madison Avenue
                                   New York, NY 10022
                                   Telephone (212) 935-7400
                                   Facsimile: (212) 753-3630

```
 1
 2                                          By:_____/s/_____
                                                MATTHEW M. HOUSTON
 3
                                            [Proposed] Co-Lead Counsel and Counsel for Plaintiff
 4                                          Jeanne M. Calamore

 5                                          WHITEHEAD & WHITEHEAD
                                            JONATHAN J. WHITEHEAD
 6                                          6121 Lakeside Drive, Suite 200
                                            Reno, Nevada 89511
 7                                          Telephone: (775) 329-3151
                                            Facsimile: (775) 823-7700
 8
 9
                                            By:_____
10                                              JONATHAN J. WHITEHEAD

11                                          [Proposed] Liaison Counsel and Counsel for Plaintiffs
                                            Frank J. Fosbre, Jr. and Jeanne M. Calamore
12
                                            FEDERMAN & SHERWOOD
13                                          WILLIAM B. FEDERMAN
                                            10205 N. Pennsylvania
14                                          Oklahoma City, Oklahoma 73120
                                            Phone: (405) 235-1560
15                                          Facsimile: (405) 239-2112
16
17
                                            By:_____/s/_____
18                                              WILLIAM B. FEDERMAN

19                                          Counsel for Plaintiff Sanjay Israni

20                                          SHALOV STONE BONNER &
                                            ROCCO LLP
21                                          RALPH M. STONE
                                            THOMAS G. CIARLONE, JR.
22                                          485 Seventh Avenue, Suite 1000
                                            New York, NY 10018
23                                          Phone: (212) 239-4340
                                            Facsimile: (212) 239-4310
24
25                                          By:_____/s/_____
                                                RALPH M. STONE
26
27                                          Counsel for Plaintiff Irina Aronson

28
```

| | |
|---|---|
| 1 | LAW OFFICES OF MARK WRAY |
| 2 | MARK WRAY |
|   | JULIA VOHL ISLAS |
| 3 | 608 Lander Street |
|   | Reno, NV 89509 |
| 4 | Phone: (775) 348-8877 |
|   | Facsimile: (775) 348-8351 |
| 5 | |
| 6 | Counsel for Plaintiff Irina Aronson |
| 7 | SARRAF GENTILE LLP |
|   | RONEN SARRAF |
| 8 | JOSEPH GENTILE |
|   | 116 John Street, Suite 2310 |
| 9 | New York, NY 10018 |
|   | Phone: (212) 868-3610 |
| 10 | Facsimile: (212) 918-7967 |
| 11 | |
|    | Counsel for Plaintiff Irina Aronson |
| 12 | |
| 13 | LAW OFFICES OF MARC HENZEL |
|    | MARC S. HENZEL |
| 14 | 273 Montgomery Ave., Suite 202 |
|    | Bala Cynwyd, PA 19004 |
| 15 | Telephone: (610) 660-8000 |
|    | Facsimile: (610) 660-8080 |
| 16 | |
| 17 | Counsel for Plaintiff Sanjay Israni |
| 18 | THE DIGESTI LAW FIRM LLP |
|    | MATTHEW P. DIGESTI |
| 19 | 485 W. Fifth Street |
|    | Reno, NV 89503 |
| 20 | Phone: (775) 323-7797 |
|    | Facsimile: (775) 323-5944 |
| 21 | |
| 22 | Counsel for Plaintiff Sanjay Israni |
| 23 | LAW OFFICE OF ALFRED G. YATES JR., PC |
|    | ALFRED G. YATES, JR. |
| 24 | 519 Allegheny Building |
|    | 429 Forbes Avenue |
| 25 | Pittsburgh, PA 15219 |
|    | Phone: (412) 391-5164 |
| 26 | Facsimile: (412) 471-1033 |
| 27 | |
|    | Counsel for Plaintiff Frank J. Fosbre, Jr. |
| 28 | |

1
2
3   LAW OFFICE OF BRUCE G. MURPHY
    BRUCE G. MURPHY
    265 Llwyds Lane
4   Vero Beach, FL 32963
    Phone: (772) 231-4202
5
6   Counsel for Plaintiff Jeanne M. Calamore

7   Dated: September __, 2009

8   WILSON SONSINI GOODRICH & ROSATI
    BORIS FELDMAN
    650 Page Mill Road
9   Palo Alto, CA 94304
    Telephone: (650) 493-9300
10  Facsimile: (650) 493-6811

11

12  By:  ___/s/_____
           BORIS FELDMAN
13

14  Counsel for Nominal Defendant IGT and the Individual Defendants

15  Dated: September __, 2009

16  ARMSTRONG TEASDALE LLP
    RICHARD G. CAMPBELL, JR.
    50 West Liberty, Suite 950
17  Reno, NV 89501
    Telephone: (775) 322-7400
18  Facsimile: (775) 322-9049

19
20  By: _____
           RICHARD CAMPBELL
21

22  Counsel for Nominal Defendant IGT and the Individual Defendants

23

24                    **ORDER**

25       PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27  Date this ____ date of September, 2009
                                          _____
28  323793_4.DOC                          **DISTRICT COURT**

11