AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____ DISTRICT OF___NEVADA_____

## JUDGMENT IN A CIVIL CASE

```
FRANK J. FOSBRE, JR.,        )
  derivatively on behalf     )  3:09-CV-0467-ECR-RAM (Base Case)
  of INTERNATIONAL GAME       )  Member Cases 3:09-CV-0489,
  TECHNOLOGY,                 )  3:09-CV-0536, and 3:09-CV-0542
                             )
              Plaintiff,      )
                             )
vs.                          )
                             )
THOMAS J. MATTHEWS, et al.,   )
                             )
              Defendants      )
                             )
and                          )
                             )
INTERNATIONAL GAME TECHNOLOGY,)
                             )
          Nominal Defendant   )
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━)

JEANNE M. CALAMORE,           )
  derivatively               )  3:09-CV-0489-ECR-VPC
  on behalf of INTERNATIONAL  )
  GAME TECHNOLOGY,            )
                             )
              Plaintiff,      )
                             )
vs.                          )
                             )
THOMAS J. MATTHEWS, et al.,   )
                             )
Defendants                   )
                             )
and                          )
                             )
INTERNATIONAL GAME TECHNOLOGY,)
                             )
          Nominal Defendant   )
_____)
```

```
SANJAY ISRANI, derivatively  )    3:09-CV-0536-ECR-RAM
 on behalf of                )
 INTERNATIONAL GAME TECHNOLOGY)
_____                       )
              Plaintiff,     )
                             )
vs.                          )
                             )
ROBERT A. BITTMAN, et al.,   )
                             )
              Defendants     )
                             )
and                          )
                             )
INTERNATIONAL GAME TECHNOLOGY,)
                             )
Nominal Defendant            )
_____)


IRINA ARONSON, derivatively  )    3:09-CV-0542-ECR-VPC
 on behalf of                )
 INTERNATIONAL GAME TECHNOLOGY)
                             )
              Plaintiff,     )
                             )
vs.                          )
                             )
THOMAS J. MATTHEWS, et al.,  )
                             )
              Defendants     )
                             )
and                          )
                             )
INTERNATIONAL GAME TECHNOLOGY,)
                             )
Nominal Defendant            )
_____)
```

**X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

On July 2, 2010, the Court Ordered (#81) that IGT's Motion to Dismiss (#54) be granted and that Plaintiffs would have twenty-one (21) days within which to file an amended complaint. Plaintiffs have not filed an amended complaint.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiffs.

Lance S. Wilson

August 5. 2010

Clerk

Date